UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-00583-SVW-DTBx | Date | August 23, 2012 |
|---|---|---|---|
| Title | Sandra Butler v. U.S. Bank, et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kane Tien | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING CASE

    The Court issued an Order to Show Cause re Lack of Prosecution (Dkt. 49) on July 25, 2012. Plaintiff has failed to respond in writing to the Court by the deadline of August 8, 2012.

The Court hereby ORDERS this action DISMISSED pursuant to Rule 4 of the Federal Rules of Civil Procedure for failure to serve the complaint within 120 days, and for lack of prosecution

:

Initials of Preparer     KTI